371 A.2d 855
Commonwealth v. Grant, Appellant.

Submitted February 9, 1976. Chester A. Reybitz, for appellant; Michael E. Riskin, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.